Nos. 4,976 and 4,978.—STATE EX REL. SCOTT K. CASSILL, RELATOR, *v.* J. E. NEVILLE, SHERIFF, RESPONDENT.

Original applications for Writs of Habeas Corpus to fix bail.

Decided November 23, 1921.

PER CURIAM.—This being return day on above applications for writs of *habeas corpus* to fix bail, counsel for the respective applications made oral argument; whereupon, after due consideration, it is ordered that a bond in the sum of $1,000 be furnished, conditioned as provided by law, said bond to be approved by the clerk of the district court of Powell county.

*Mr. C. A. Spaulding* and *Mr. W. E. Keeley,* for Relator.

*Mr. Wellington D. Rankin,* Attorney General, *Mr. L. A. Foot,* Assistant Attorney General, and *Mr. E. J. Cummins,* County Attorney of Powell County, for Respondent.